# Court of Appeals
## Tenth Appellate District of Texas

10-25-00205-CR

Lino Adrian Vargas,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
77th District Court of Limestone County, Texas
Judge Amy Thomas Ward, presiding
Trial Court Cause No. 15965-A

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Lino Adrian Vargas attempts to appeal convictions for evading arrest in a vehicle and unlawful possession of a firearm by a felon. The certificate of right to appeal in each cause number indicates that Vargas has waived the right to appeal. By letter dated July 3, 2025, the Clerk of this Court advised Vargas that this appeal would be dismissed because it appears that the right

to appeal had been waived unless a response was received showing that Vargas did not waive the right to appeal. No response was filed.

Because the trial court's certificates of right to appeal signed by Vargas indicate that Vargas has waived the right to appeal, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d); ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made a part of the record under these rules."); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

Accordingly, this appeal is dismissed.

———————————————
LEE HARRIS
Justice

OPINION DELIVERED and FILED: July 24, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Dismissed
Do not publish
CR25

